# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BURKE, | Case No.: 2:14-cv-02156-MCE-CKD |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| GOLDEN STATE COLLECTIONS, LLC | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing, the above-entitled action is hereby dismissed with prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED

Dated: November 28, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE